■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADRIAN WASHINGTON, Appellant. (Appeal No. 1.) [837 NYS2d 895]— Appeal from a judgment of the Supreme Court, Monroe County (Francis A. Affronti, J.), rendered February 5, 2004. The judgment convicted defendant, upon his plea of guilty, of assault in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Martoche, J.P., Smith, Centra, Peradotto and Pine, JJ.